## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**JERRY BALL**                                                                                  **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 3:08-CV-107-H**

**MARION ADJUSTMENT CENTER**                                                **DEFENDANT**

### MEMORANDUM OPINION

By Order entered March 5, 2009, this Court ordered Plaintiff to submit a completed 42

U.S.C. § 1983 complaint form within 30 days.  Plaintiff was warned that failure to comply would

result in dismissal of his case.

More than 30 days have passed, and Plaintiff has failed to submit the completed

complaint form.  Courts have an inherent power "acting on their own initiative, to clear their

calendars of cases that have remained dormant because of the inaction or dilatoriness of the

parties seeking relief."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Therefore, by

separate Order, the Court will dismiss the instant action.  *See* FED. R. CIV. P. 41(b) (governing

involuntary dismissal).

Date:

cc:      Plaintiff, *pro se*
4412.009