# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**JERRY BALL**   **PLAINTIFF**

**v.**   **CIVIL ACTION NO. 3:08-CV-107-H**

**MARION ADJUSTMENT CENTER**   **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** without prejudice pursuant to FED. R. CIV. P. 41(b).

There being no just reason for delay in its entry, this is a final Order. Leave to appeal to the Court of Appeals *in forma pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal would not be taken in good faith.

Date:

cc:   Plaintiff, *pro se*
4412.009